**FILED**
**U.S. District Court**
**District of Kansas**
06/02/2026

**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

MICHAEL EVERETT SOWTER, II,

     **Plaintiff,**

  v.           **CASE NO. 26-3144-JWL**

STATE OF KANSAS, et al.,

     **Defendants.**

**MEMORANDUM AND ORDER**

This matter is a pro se complaint filed by Plaintiff and state prisoner Michael Everett Sowter, II, who is currently incarcerated at the Pratt County Jail ("PCJ") in Pratt, Kansas. When Plaintiff submitted his complaint for filing, he failed to either pay the filing fee or submit a motion for leave to proceed in forma pauperis, meaning without prepayment of fees.[1] Thus, on May 21, 2026, the Court issued a notice of deficiency directing Plaintiff to either pay the full filing fee or submit a motion for leave to proceed in forma pauperis. (Doc. 2.) The form for filing a motion for leave to proceed in forma pauperis were mailed to Plaintiff. *Id.*

The form states, in relevant part:

> **Plaintiffs in a civil case or proceeding:** must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. *See* 28 U.S.C. § 1915(a)(2). If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

(Doc. 3, p. 2.) Under 28 U.S.C. §1915(a)(2):

> A prisoner seeking to bring a civil action . . . without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of

---

[1] In his latest filing, Plaintiff states: "This is the second [in forma[ pauperis affidavit I have completed and returned." (Doc. 3, p. 7.) The Court has received only one motion to proceed in forma pauperis in this case from Plaintiff.

each prison at which the prisoner was or is confined.

On June 1, 2026, the Court received from Plaintiff a motion for leave to proceed in forma pauperis. (Doc. 3.) Plaintiff did not provide the financial statement required to support the motion. He advises the Court that the PCJ "does not keep [f]inancial records." *Id.* at 7.

In light of this assertion, the Court will direct the Clerk to provide the PCJ with a copy of this order, notifying them of the obligations set forth in 28 U.S.C. § 1915(a)(2), and a copy of the notice of deficiency at Doc. 3. If the PCJ does not maintain institutional accounts for its prisoners, Plaintiff must submit a certified notice from the Sheriff or other appropriate PCJ official so stating. Otherwise, Plaintiff must submit the account statement. If Plaintiff experiences difficulty obtaining the required account statement or a notice that no such accounts exist, he should so inform the Court, in writing and prior to the deadline for compliance with this order, and he should describe as specifically as possible his efforts to do so and any response he received from staff at the PCJ.

**IT IS THEREFORE ORDERED** that Plaintiff is granted to and including **July 15, 2026**, to (1) submit a certified notice that the Pratt County Jail does not maintain financial accounts for its prisoners; (2) submit the institutional account statement required to support his pending motion for leave to proceed in forma pauperis; or (3) pay the full $405.00 filing fee.

**IT IS FURTHER ORDERED** that the Clerk shall provide the Pratt County Jail with a copy of this order and a copy of the Court's Notice of Deficiency at Doc. 2.

**IT IS SO ORDERED.**

DATED:   This 2nd day of June, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

2