**FILED**
**U.S. District Court**
**District of Kansas**
07/17/2026

**Clerk, U.S. District Court**
By: SND Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MICHAEL EVERETT SOWTER, II,

     **Plaintiff,**

  v.          CASE NO. 26-3144-JWL

STATE OF KANSAS, et al.,

     **Defendants.**

## MEMORANDUM AND ORDER

This matter is a pro se complaint filed by Plaintiff and state prisoner Michael Everett Sowter, II, who was at the time incarcerated at the Pratt County Jail ("PCJ") in Pratt, Kansas. When Plaintiff submitted his complaint, he neither paid the filing fee nor moved for leave to proceed in forma pauperis. Thus, on May 21, 2026, the Court issued a notice of deficiency directing him to either pay the full filing fee or submit a motion for leave to proceed in forma pauperis. (Doc. 2.)

Under 28 U.S.C. §1915(a)(2):

> A prisoner seeking to bring a civil action . . . without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner was or is confined.

On June 1, 2026, the Court received from Plaintiff a motion for leave to proceed in forma pauperis. (Doc. 3.) Plaintiff did not provide the financial statement required to support the motion, however, because the PCJ "does not keep [f]inancial records." *Id.* at 7. In light of this assertion, on June 2, 2026, the Court issued an order setting out the statutory basis for requiring an account statement and granting Plaintiff to July 15, 2026 to submit either a PCJ account statement or "a certified notice from the Sheriff or other appropriate PCJ official" stating that the PCJ does not maintain institutional accounts for its prisoners. (Doc. 4, p. 2.) The order further directed Plaintiff

1

that if he experienced difficulty complying, he should so notify the Court and describe his efforts to do so. *Id.* At the Court's direction, the Clerk mailed to the PCJ a copy of the June 2, 2026 order and a copy of the notice of deficiency.

On June 29, 2026, Plaintiff filed a response explaining that PCJ staff had confirmed receiving the Court's orders, but despite Plaintiff's repeated requests, staff told him only that it was a matter for the Sheriff to handle, it was on the Sheriff's desk, and there was nothing further they could do. (Doc. 5.) As of the date of this order, the Court has received nothing from the PCJ or the Sheriff of Pratt County.

For the sake of efficiency, the Court will provisionally grant Plaintiff leave to proceed in forma pauperis in this case and will begin the statutorily required screening of Plaintiff's complaint. (Doc. 1.) The Court will issue further orders after it has screened the complaint.

Notwithstanding this provisional granting of in forma pauperis status, however, the Court requires institutional account information in order to calculate whether it is required to assess to Plaintiff an initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1). The Court therefore will directly request assistance from James White, Sheriff of Pratt County, Kansas.

Sheriff White will be entered as an interested party in this case solely to allow him to file his response to this order; the Court recognizes that Sheriff White is not a traditional party to this case. If Sheriff White provides the requested information, the Court will terminate his interested party status in this case. The Court asks that Sheriff White provide the information at his earliest convenience but no later than August 17, 2026.

If the Pratt County Jail does not maintain institutional accounts for its inmates, the Court requests that Sheriff White submit a signed and dated statement to that effect to be filed in this case. The statement should bear this case number:  26-3144-JWL. If the Pratt County Jail

maintains institutional accounts for its inmates, the Court requests that Sheriff White submit an account statement reflecting the receipts, expenditures, and balances in any account for Michael Everett Sowter, II for the period between November 2025 and May 2026. Again, the account statement should bear this case number:   26-3144-JWL.

**IT IS THEREFORE ORDERED** that the Clerk shall add James White, Sheriff of Pratt County, Kansas, as an interested party in this case solely so that he may file in this case the information the Court requests in this order that he provide. Sheriff White is requested to provide the information detailed in this order on or before **August 17, 2026.**

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed in forma pauperis (**Doc. 3**) is **provisionally granted**. After receipt of the necessary financial information, the Court will determine whether Plaintiff must pay an initial partial filing fee and, if so, will set a deadline for Plaintiff to do so. The Court will now begin the statutorily required screening of the complaint in this matter and will issue further orders as necessary.

**IT IS SO ORDERED.**

DATED:   This 17th day of July, 2026, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

3